UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21593-CIV-UNGARO

REDYS PADRON, on behalf of himself and others similarly situated,

    Plaintiff,

vs.

AMERICAN SUSHI, LLC, a Florida limited liability company, THE SUSHI SPOT, LLC, a Florida limited liability company, and WALTER ZAPATA, an individual,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    COMES NOW Plaintiff REDYS PADRON, by and though undersigned counsel, and hereby notifies the Court that a settlement has been reached in the instant matter.

    Respectfully submitted this 1st day of September, 2016.

    By:   **s/Robert W. Brock II**
          Robert W. Brock II, Esq.
          Florida Bar No. 75320
          robert@ kuvinlaw.com
          legal@kuvinlaw.com
          *Law Office of Lowell J. Kuvin*
          17 East Flagler Street, Suite 223
          Miami, Florida 33131
          Tel.: 305.358.6800
          Fax: 305.358.6808
          *Attorney for Plaintiff*

1

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 1, 2016**, I electronically filed the foregoing document via CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:   s/Robert W. Brock II
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@ kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

**PADRON, et al v. AMERICAN SUSHI, LLC, THE SUSHI SPOT, LLC, and ZAPATA
CASE NO.: 16-21593-CIV-UNGARO**

### Service List

| | |
|---|---|
| **Robert W. Brock II, Esq.** | **Paul F. Penichet** |
| Florida Bar No. 75320 | Bar No. 0899380 |
| *Law Office of Lowell J. Kuvin* | PENICHET LAW |
| 17 East Flagler Street, Suite 223 | 9655 South Dixie Highway |
| Miami, Florida 33131 | Suite 310 |
| Tel.: 305.358.6800 | Miami, FL 33156 |
| Fax: 305.358.6808 | Tel:(305) 373-8809 |
| Primary Email: robert@kuvinlaw.com | Fax:(305) 373-8810 |
| Secondary Email: legal@kuvinlaw.com | Email: paul@penichetlaw.com |
| *Attorney for Plaintiff* | *Counsel for Defendants* |

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808