UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21593-CIV-OTAZO-REYES

REDYS PADRON, on behalf of himself and others similarly situated,

    Plaintiff,

vs.

AMERICAN SUSHI, LLC, a Florida limited liability company, THE SUSHI SPOT, LLC, a Florida limited liability company, and WALTER ZAPATA, an individual,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

This matter comes before the Court on the Joint Motion For Settlement Approval ("Joint Motion") filed by named Plaintiff REDYS PADRON and Opt-in Plaintiff JORGE ZAPATA ("Plaintiffs"), along with Defendants AMERICAN SUSHI, LLC, THE SUSHI SPOT, LLC, and WALTER ZAPATA ("Defendants") (collectively, "the Parties") in the above-captioned action. Having reviewed the Joint Motion, and having otherwise reviewed the record and pleadings in this action, the Court makes the following observations and conclusions and renders the following Order.

    1.    Pursuant to *Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982), the Court finds that the settlement terms, including the amounts to be paid to Plaintiffs and the amount to be paid to Law Office of Lowell J. Kuvin, represent a fair,

1

reasonable, and just compromise of disputed issues, and that the settlement proposed by the parties is hereby approved.

2. The Parties have been represented by counsel throughout the litigation. There is no evidence of fraud or collusion with respect to the settlement; rather, the Parties desire to fully and finally resolve this action efficiently, without resort to costly or lengthy litigation, particularly with the inherent risk associated with continued litigation for both Plaintiff and Defendants.

**WHEREFORE**, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. This Court orders:

1. That the Settlement Agreement is **APPROVED**.

2. That the claims of the Plaintiffs are **RELEASED** pursuant to the terms of the Settlement Agreement.

3. That this action is **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear their own attorney's fees and costs, except as set forth in the Settlement Agreement.

4. This Court retains jurisdiction to enforce the terms of the Parties' settlement.

5. All pending motions are denied as moot and this case is closed.

**DONE AND ORDERED** in Miami, Miami-Dade County, Florida this 19th day of September, 2016.

_____
ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record